IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


RUSTY E. JOYNER                                                                    PLAINTIFF


V.                                        CASE NO. 4:16-CV-04094


NURSE KINDALL SMITH; and
DR. LOMAX                                                                        DEFENDANTS


## ORDER

Before the Court is the Report and Recommendation filed March 9, 2017, by the

Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.

(ECF No. 20). Judge Bryant recommends that Defendants' Motion for Summary Judgment (ECF

No. 15) be granted and that Plaintiff's claims be dismissed without prejudice.

The parties have not filed objections to the Report and Recommendation, and the time to

object has passed. *See* 28 U.S.C. § 636(b)(1). Accordingly, the Court adopts Judge Bryant's

Report and Recommendation *in toto*. Defendants' Motion for Summary Judgment (ECF No. 15)

is hereby **GRANTED** and Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 11th day of April, 2017.


                                                        /s/ Susan O. Hickey
                                                        Susan O. Hickey
                                                        United States District Judge